**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10537 |
| Plaintiff-Appellee, | D.C. No. 4:13-cr-01844-JGZ |
| v. | |
| MARIO GONZALEZ, a.k.a. Payaso, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted November 16, 2016[**]

Before: LEAVY, BERZON, and MURGUIA, Circuit Judges.

Mario Gonzalez appeals from the district court's order denying his motion

for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under

28 U.S.C. § 1291, and we vacate and remand.

Gonzalez contends that the district court failed to explain adequately its

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

denial of his motion for a sentence reduction under Amendment 782 to the Sentencing Guidelines. We agree. The district court's order does not address or explain its rejection of the arguments presented in the parties' joint stipulation for a reduction of sentence. Accordingly, we vacate and remand. *See United States v. Trujillo*, 713 F.3d 1003, 1009-10 (9th Cir. 2013) (district court must provide some explanation for rejecting a defendant's non-frivolous arguments).

**VACATED and REMANDED.**

15-10537